# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard Joel Ceder, | No. CV-15-01633-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

The Court having received the Stipulation to Dismiss Defendant Chase Bank USA, N.A. (Doc. 47),

**IT IS HEREBY ORDERED** dismissing this action as to Defendant Chase Bank USA, N.A., with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 19th day of July, 2016.

Honorable Diane J. Humetewa
United States District Judge